IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Curtiss-Wright Electro-Mechanical Corporation<br>Plaintiff,<br><br>v.<br><br>Westinghouse Electric Company, LLC<br>Defendant. | )<br>)<br>)  Case Number 2:21-cv-390<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE

1. On March 31, 2021, the Court ordered the parties to file a Joint Notice by April 14, 2021 indicating the date and time of their scheduled mediation session.

2. The parties are currently plan to participate in mediation on June 24 beginning at 9:30 A.M. The parties will notify the court if their mediation plans change materially in the interim.

3. Consistent with the March 31 Order, the parties will notify the Court whether the case has been settled within fourteen days of their mediation session.

Dated: April 14, 2021

                                                */s/ Jason E. Hazlewood*
                                                Jason E. Hazlewood (Pennsylvania Bar No. 93443)
                                                Reed Smith LLP
                                                225 Fifth Avenue
                                                Pittsburgh, PA 15222
                                                Tel: 412.288.3131
                                                Fax: 412.288.3063
                                                E-Mail: jhazlewood@reedsmith.com

                                                Brian T. Phelps (Pennsylvania Bar No. 326172)
                                                Reed Smith LLP
                                                10 S. Wacker Drive, 40th Floor

Chicago, IL 60606
Tel: 312.207.1000
Fax: 312.207.6400
E-Mail:  bphelps@reedsmith.com
***Attorneys for Plaintiff Curtiss-Wright Electro-Mechanical Corporation***


*/s/ William Pietragallo*
William Pietragallo, II
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Tel: 412.263.2000
Fax: 412.263.2001
Email: WP@Pietragallo.com
***Attorney for Defendant Westinghouse Electric Company, LLC***