**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Curtiss-Wright Electro-Mechanical Corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:21-cv-390 |
| | ) | |
| v. | ) | |
| | ) | |
| Westinghouse Electric Company, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF ADR SESSION</u>**

A mediation session is scheduled in the above captioned matter for June 24, 2021 at 9:30 a.m.; the mediation will take place at the offices of Burns White LLC.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date:   May 26, 2021                    /s/David B. White, Esquire

Signature of Neutral