# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Curtiss-Wright Electro-Mechanical Corporation, | ) ) ) |
| Plaintiff, | ) Civil Action No.  2:21-cv-390 ) |
| v. | ) ) |
| Westinghouse Electric Company, LLC, | ) ) |
| Defendant. | ) |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on June 24, 2021.

The case (please check one):

_____   has resolved

_____   has resolved in part (see below)

\_\_\_\_**X**\_\_\_\_   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Date:   June 25, 2021                                             /s/David B. White, Esquire_____
                                                                                        Signature of Neutral