# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Curtiss-Wright Electro-Mechanical Corporation<br>Plaintiff,<br><br>v.<br><br>Westinghouse Electric Company, LLC<br>Defendant. | Case Number 2:21-cv-390 |

## MOTION TO LIFT STAY AND FOR LEAVE TO FILE AMENDED COMPLAINT

1. On March 31, 2021 the Court entered a stay of this matter pending the outcome of a mediation. Dkt. 5.

2. The Parties participated in a mediation on June 24, 2021. The June 24 mediation was unsuccessful.

3. Because the mediation was unsuccessful, Plaintiff Curtiss-Wright Electro-Mechanical Corporation ("Curtiss-Wright") respectfully requests that the stay entered on March 31 be lifted.

4. Curtiss-Wright further seeks leave to file its first amended complaint, a draft of which is attached hereto as Exhibit A.

Dated: June 25, 2021

/s/ Jason E. Hazlewood
Jason E. Hazlewood (Pennsylvania Bar No. 93443)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: 412.288.3131
Fax: 412.288.3063
E-Mail: jhazlewood@reedsmith.com

- 2 -

Brian T. Phelps (Pennsylvania Bar No. 326172)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: 312.207.1000
Fax: 312.207.6400
E-Mail:  bphelps@reedsmith.com
*Attorneys for Plaintiff Curtiss-Wright Electro-Mechanical Corporation*

## CERTIFICATE OF SERVICE

I, Jason E. Hazlewood, an attorney, hereby certify that, on June 25 2021, I caused a true and correct copy of the foregoing document to be served on all counsel of record through the Court's ECF system.

*/s/ Jason E. Hazlewood*