IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Curtiss-Wright Electro-Mechanical Corporation<br>Plaintiff,<br><br>v.<br><br>Westinghouse Electric Company, LLC<br>Defendant. | Case Number 2:21-cv-390<br><br>JURY DEMANDED |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Lift Stay and for Leave to File First Amended Complaint, and any response thereto, it is hereby:

**ORDERED** and **DECREED** that said Motion is **GRANTED**; and it is further

**ORDERED** that the stay entered on March 31, 2021 is **LIFTED**; and it is further

**ORDERED** that Plaintiff may file its first amended complaint.

**SO ORDERED**, this  25th  day of   June   , 2021.

                                                         s/ J. Nicholas Ranjan
                                                         United States District Judge