**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail
David N. Griffiths

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :
                                                      :   **Chapter 11**
**WESTINGHOUSE ELECTRIC**                             :
**COMPANY LLC,** *et al.*,                            :   **Case No. 17-10751 (MEW)**
                                                      :
    Debtors.[1]                                       :   **(Jointly Administered)**
------------------------------------------------------x

### REVISED SCHEDULE OF ASSUMED CONTRACTS
### AND SCHEDULE OF ASSIGNED CONTRACTS

        In accordance with the Debtors' *Modified Second Amended Joint Chapter 11 Plan of Reorganization* [ECF No. 2986] (the "**Plan**") and the *Findings of Fact, Conclusions of Law, and Order Confirming Modified Second Amended Joint Plan of Reorganization* [ECF No. 2988] (the "**Confirmation Order**"),[2] attached hereto as **Exhibit A** is the revised schedule of Executory

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster, Inc. d/b/a WECTEC Global Project Services Inc. (8572), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

WEIL:\96662327\3\80768.0017

EXHIBIT
2

Contracts and Unexpired Leases that the Reorganized Debtors intend to assume on the Effective Date.

Attached hereto as **Exhibit B** is the schedule of Executory Contracts and Unexpired Leases that are intended to be assumed and assigned to Wind Down Co. on the Effective Date.

Pursuant to section 9.1 of the Plan and ¶ 24 of the Confirmation Order, any Executory Contract or Unexpired Lease not previously rejected, assumed, or assumed and assigned by the Debtors during the Chapter 11 Cases shall be deemed automatically rejected on the Effective Date, unless such Executory Contract or Unexpired Lease: (a) as of the Effective Date is listed on Exhibit A or Exhibit B annexed hereto, (b) as of the Effective Date is subject to a pending motion to assume or assume and assign such Unexpired Lease or Executory Contract, (c) is a contract, instrument, release, or other agreement or document entered into in connection with the Plan, including, for the avoidance of doubt, the Plan Funding Agreement, or (d) as of the Effective Date is the subject of a pending timely objection regarding the assumption, or assumption and assignment, of an Executory Contract or Unexpired Lease.

Pursuant to section 9.3 of the Plan, unless otherwise provided by an order of the Bankruptcy Court, any Proofs of Claim based on the rejection of the Debtors' Executory Contracts or Unexpired Leases, pursuant to the Plan or otherwise, must be filed with the Bankruptcy Court and served on Wind Down Co no later than thirty (30) days after the later of the Effective Date or the effective date of rejection of such Executory Contract or Unexpired Lease.

The listing of any contract or lease on the schedules is not an admission that such contract or lease is an Executory Contract or Unexpired Lease.

Dated: July 24, 2018
      New York, New York

                      /s/ *David N. Griffiths*
                      Gary T. Holtzer
                      Robert J. Lemons
                      Garrett A. Fail
                      David N. Griffiths
                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      *Attorneys for Debtors*
                      *and Debtors in Possession*

WEIL:\96662327\3\80768.0017

# EXHIBIT A

## Schedule of Assumed Contracts

| Line # | AP Contract ID | Contract ID / PO Number | Contract ID 2 / SAP PO Number | Debtor | Counterparty | Contract Description | Cure Costs |
|---|---|---|---|---|---|---|---|
| 1155 | 607306 | 22882 | 129578 | Fauske and Associates LLC | CORDEN PHARMA COLORADO INC. | CORDEN PHARMA COLORADO INC. PO 7400147536 dated 12/20/2016 | $0.00 |
| 1156 | 605976 | 22644 | 126180 | Fauske and Associates LLC | COREFX INGREDIENTS | COREFX INGREDIENTS PO 2500150 dated 08/16/2016 | $0.00 |
| 1157 | 607418 | 22278 | 129817 | Fauske and Associates LLC | COREFX INGREDIENTS | COREFX INGREDIENTS PO 2500850 dated 11/23/2016 | $0.00 |
| 1158 | 605361 | 23910 | 124511 | Fauske and Associates LLC | CORNERSTONE ENVIRONMENTAL | CORNERSTONE ENVIRONMENTAL PO 11028-01 dated 07/01/2016 | $0.00 |
| 1159 | 606858 | 22514 | 128351 | Fauske and Associates LLC | CORNING INCORPORATED | CORNING INCORPORATED PO 1009P-0000015869 dated 10/06/2016 | $0.00 |
| 1160 | 8739 | 4400149291 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MILESTONE 3 35%: SHIPMENT OF CABINETS | $0.00 |
| 1161 | 8738 | 4400149288 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MILESTONE 3 35%: SHIPMENT OF CABINETS | $0.00 |
| 1162 | 8737 | 4400149280 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MILESTONE 3 35%: SHIPMENT OF CABINETS | $0.00 |
| 1163 | 8736 | 4400149278 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MILESTONE 3 35%: SHIPMENT OF CABINETS | $0.00 |
| 1164 | 8735 | 4400148782 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MS3: 35% SHIPMENT OF CABINETS | $0.00 |
| 1165 | 8734 | 4400148780 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MS3: 35% SHIPMENT OF CABINETS | $0.00 |
| 1166 | 8733 | 4400148779 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MS 3: SHIPMENT OF CABINETS | $0.00 |
| 1167 | 8732 | 4400148778 | | Westinghouse Electric Company LLC | CORRY CONTRACT INC | MS 3: SHIPMENT OF CABINETS | $0.00 |
| 1168 | 605059 | 22602 | 123603 | Fauske and Associates LLC | CORTEST INCORPORATED | CORTEST INCORPORATED PO 30227-SDK dated 05/24/2016 | $0.00 |
| 1169 | 606743 | 22603 | 128123 | Fauske and Associates LLC | CORTEST INCORPORATED | CORTEST INCORPORATED PO 30755-GC dated 12/14/2016 | $0.00 |
| 1170 | 607432 | 22590 | 129850 | Fauske and Associates LLC | CORTEST INCORPORATED | CORTEST INCORPORATED PO 30984-GC dated 02/28/2017 | $0.00 |
| 1171 | 605294 | 24095 | 124315 | Fauske and Associates LLC | COVESTRO LLC | COVESTRO LLC PO - dated 06/27/2016 | $0.00 |
| 1172 | 605448 | 22142 | 124694 | Fauske and Associates LLC | COVESTRO LLC | COVESTRO LLC PO 2412023438 dated 07/15/2016 | $0.00 |
| 1173 | 606362 | 23684 | 127115 | Fauske and Associates LLC | COVESTRO LLC | COVESTRO LLC PO - dated 11/03/2016 | $0.00 |
| 1174 | 28327 | VA 002 | | Westinghouse Technology Licensing Company LLC | CP Industries Holdings, Inc. | License Agreement between Westinghouse Technology Licensing Company LLC and CP Industries Holdings, Inc. for AP1000 Nuclear Power Plant Projects in the People's Republic of China | $0.00 |
| 1175 | 607334 | 22292 | 129643 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10603 dated 12/03/2016 | $0.00 |
| 1176 | 607374 | 22349 | 129746 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10607 dated 12/19/2016 | $0.00 |
| 1177 | 607388 | 23193 | 129762 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10607 dated 12/19/2016 | $0.00 |
| 1178 | 607406 | 22350 | 129798 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10606 dated 12/19/2016 | $0.00 |
| 1179 | 607573 | 22174 | 130355 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10604 dated 12/03/2016 | $0.00 |
| 1180 | 607576 | 22175 | 130373 | Fauske and Associates LLC | CRANE ENGINEERING | CRANE ENGINEERING PO 10605 dated 12/03/2016 | $0.00 |
| 1181 | 17444 | 4500287898 | | Westinghouse Electric Company LLC | CRANE NUCLEAR INC | Coating Rework | $0.00 |
| 1182 | 28328 | VA 003 | | Westinghouse Technology Licensing Company LLC | Crane Nuclear Inc. | License Agreement between Westinghouse Technology Licensing Company LLC and Crane Nuclear Inc. for AP1000 Nuclear Power Plant Projects in the People's Republic of China | $0.00 |
| 1183 | 100022 | TCH 119 | | Westinghouse Electric Company LLC | Crane Nuclear, Inc. | License Agreement | $0.00 |
| 1184 | 605688 | 23082 | 125385 | Fauske and Associates LLC | CROWN EQUIPMENT CORP | CROWN EQUIPMENT CORP PO - dated 08/01/2016 | $0.00 |
| 1185 | 574430 | 9300175657 | | PaR Nuclear Inc | CULLIGAN CORPORATION | Culligan | $717.73 |
| 1186 | 5410 | 4500458174 | | Westinghouse Electric Company LLC | CURTISS WRIGHT | Beaver Valley 2 Replacement CRDM Order | $0.00 |
| 1188 | 603734 | CurtissWright 001 | | Westinghouse Electric Company LLC | Curtiss-Wright Electro - Mechanical Corporation - EMD | Letter of Subcontract Award for Supply of Reactor Coolant Pumps for 8 US AP 1000 Nuclear Power Plants | $0.00 |
| 1190 | 5404 | 4500265135 | | Westinghouse Electric Company LLC | CURTISS WRIGHT EMCORP | Pump, RCP for V.C. Summer Unit 2 | $1,705,110.00 |
| 1191 | 60000 | S&R Agree | | Westinghouse Electric Company LLC | Curtiss-Wright Electro - Mechanical Corporation - EMD | Settlement & Release AP1000 Performance Security Agreement | $0.00 |
| 1192 | 60001 | C-W EMD | | Westinghouse Electric Company LLC | Curtiss-Wright Electro - Mechanical Corporation - EMD | C-W EMD Tolling Agreement | $0.00 |
| 1193 | 606032 | 25838 | 126389 | Westinghouse Electric Company LLC | CURTISS-WRIGHT ELECTRO-MECHANICAL | CURTISS-WRIGHT ELECTRO-MECHANICAL PO 499391 dated 10/05/2016 | $0.00 |
| 1194 | 607282 | 24466 | 129519 | WEC Carolina Energy Solutions LLC | CURTISS-WRIGHT ELECTRO-MECHANICAL | CURTISS-WRIGHT ELECTRO-MECHANICAL PO 498201 dated 02/14/2017 | $0.00 |
| 1195 | 28644 | MSA 013 | CURTISS 000 | Westinghouse Electric Company LLC | Curtiss-Wright Electro-Mechanical Corporation | Alliance Agreement between Westinghouse Electric Company LLC and Curtiss-Wright Electro-Mechanical Corporation | $90,739.00 |
| 1196 | 800066 | China RCP License Agreement 122315 | | Westinghouse Electric Company LLC | Curtiss-Wright Electro-Mechanical Corporation | China RCP License Agreement | $0.00 |
| 1198 | 90061 | PFA - 615 | | Westinghouse Electric Company LLC | Curtiss-Wright EMD | Business Agreement, dated February 11, 2013, by and between Westinghouse Electric Company and Curtiss-Wright EMD | $0.00 |
| 1199 | 90062 | PFA - 619 | | Westinghouse Electric Company LLC | Curtiss-Wright EMD | Business Agreement Westinghouse Electric Company and Curtiss-Wright EMD, dated as of January 16, 2013, by and between Westinghouse Electric Company LLC and Curtiss-Wright EMD. | $0.00 |
| 1202 | 28329 | VA 004 | | Westinghouse Electric Company LLC | Curtiss-Wright Flow Control Service Corporation, Qualtech NP | Licensing and Royalty Agreement for Westinghouse AP1000 Bracket Assembly and Cable Connector Assembly Qualification Reports between Westinghouse Electric Company LLC and Curtiss-Wright Flow Control Service Corporation, Qualtech NP | $0.00 |
| 1203 | 604999 | 22151 | 123468 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307021 dated 05/02/2016 | $0.00 |
| 1204 | 605009 | 23021 | 123479 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307019 dated 04/28/2016 | $0.00 |
| 1205 | 605187 | 22630 | 124032 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307105 dated 05/31/2016 | $0.00 |
| 1206 | 605254 | 23039 | 124143 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307131 dated 06/09/2016 | $0.00 |
| 1207 | 605255 | 24125 | 124144 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307163 dated 06/24/2016 | $0.00 |
| 1208 | 605277 | 23228 | 124207 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307101 dated 05/27/2016 | $0.00 |
| 1209 | 605386 | 23915 | 124576 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307171 dated 06/29/2016 | $0.00 |
| 1210 | 605390 | 22419 | 124582 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307167 dated 06/27/2016 | $0.00 |
| 1211 | 605450 | 23052 | 124697 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307172 dated 06/29/2016 | $0.00 |
| 1212 | 605675 | 23931 | 125350 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307258 dated 07/27/2016 | $0.00 |
| 1213 | 605817 | 23285 | 125783 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307299 dated 08/04/2016 | $0.00 |
| 1214 | 606019 | 23101 | 126334 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307422 dated 09/13/2016 | $0.00 |
| 1215 | 606220 | 22289 | 126834 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307479 dated 09/26/2016 | $0.00 |
| 1216 | 606224 | 23120 | 126840 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307472 dated 09/23/2016 | $0.00 |
| 1217 | 606254 | 23124 | 126889 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 307517 dated 10/04/2016 | $0.00 |
| 1218 | 606516 | 23148 | 127551 | Fauske and Associates LLC | CV TECHNOLOGY | CV TECHNOLOGY PO 306751 dated 10/26/2016 | $0.00 |

# EXHIBIT B

# Schedule of Assigned Contracts

## Schedule of Assigned Contracts

None.

WEIL:\96662327\3\80768.0017