IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Curtiss-Wright Electro-Mechanical Corporation,<br><br>Plaintiff<br><br>vs<br><br>Westinghouse Electric Company, LLC,<br><br>Defendant | No. 2:21-cv-390-NR |

## NOTICE OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Kindly enter the appearance of Eric G. Soller, of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, as counsel for Defendant, Westinghouse Electric Company, LLC, in the above-captioned matter.

**A JURY TRIAL IS DEMANDED.**

Dated: June 30, 2021

Respectfully submitted,
PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP

By: *s/ Eric G. Soller*
   Eric G. Soller, Esquire
   The Thirty-Eighth Floor
   One Oxford Center
   Pittsburgh, PA  15219
   (412) 263-2000
   *Attorney for Defendant*