**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Curtiss-Wright Electro-Mechanical Corporation | ) ) | |
| Plaintiff, | ) | Case Number 2:21-cv-390 |
| | ) | |
| v. | ) | |
| | ) | |
| Westinghouse Electric Company, LLC | ) | |
| Defendant. | ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff, through its counsel, hereby states follows:

1.      On March 24, 2021, Plaintiff Curtiss-Wright Electro-Mechanical Corporation, a Delaware Corporation, filed a Complaint for breach of contract against Westinghouse Electric Company, LLC.  Plaintiff alleged that this Court had diversity jurisdiction under 28 U.S.C. § 1332.

2.      The Defendant has represented that it is a citizen of Delaware, which, if true, deprives this Court of subject matter jurisdiction. See Dkt. 14.

3.      Based on Defendant's representations, Curtiss-Wright hereby voluntarily dismisses its claims in this federal proceeding, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).


Dated: July 7, 2021

*/s/ Jason E. Hazlewood*
Jason E. Hazlewood (Pennsylvania Bar No. 93443)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: 412.288.3131
Fax: 412.288.3063
E-Mail: jhazlewood@reedsmith.com

1

Brian T. Phelps (Pennsylvania Bar No. 326172)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: 312.207.1000
Fax: 312.207.6400
E-Mail:  bphelps@reedsmith.com

***Attorneys for Plaintiff Curtiss-Wright Electro-Mechanical Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 7, 2021, the foregoing **Notice of Voluntary Dismissal** was filed electronically with the Court and will be sent to all counsel of record by operation of the Court's electronic filing system.


*<u>Jason E. Hazlewood</u>*
Jason E. Hazlewood
